IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12CR000085-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER FOR DESTRUCTION |
| | ) | OF FIREARM |
| BENJAMIN FRANKLIN PASS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the United States, and for good cause shown, the United States Marshals Service is hereby authorized to dispose of the Colt Model of 1911 US Army firearm currently in the possession of the United States Marshals Service. This item shall be disposed of in accordance with applicable statutes and regulations governing the utilization and disposal of such property.

SO ORDERED, this __2__ day of __June__, 2015.

_____
James C. Dever, III
Chief, United States District Judge