IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12CR000085-0001D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CONSENT ORDER |
| | ) |
| BENJAMIN FRANKLIN PASS, | ) |
| | ) |
| Defendant. | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina and Travis Allen McKee, agree as follows:

1. The court issued a judgment against Defendant, Benjamin Franklin Pass on July 16, 2014, in which the Court ordered the Defendant to pay a special assessment of $225.00 and restitution of $21,912,000.38.

2. A 2007 GMC diesel truck (VIN 1GTHK23627F534696) and a 2004 International pump truck (VIN 1HTMKAAP64H671423) are currently titled in the name of Travis Allen McKee. However, the trucks were actually property of the Defendant, Benjamin Franklin Pass, who had titled them in the name of Travis Allen McKee.

3. Travis Allen McKee consents to turn over to the United States the above described trucks and further agrees that the United States Marshals Service can auction them for sale as assets of Benjamin Franklin Pass, with proceeds from the sale being applied to the restitution ordered by the Court.

Based upon these stipulations, the Court hereby ORDERS that the United States Marshals Service shall sell the vehicles listed herein pursuant to the previous Consent Order issue by this Court on February 19, 2015.

So Ordered, this the 27 day of April, 2016.

James C. Dever, III
Chief United States District Judge

CONSENTED TO:

4/26/16
DATE

G. NORMAN ACKER, III
Assistant United States Attorney
Chief, Civil Division

4-22-16
DATE

TRAVIS ALLEN MCKEE